1
2
3
4
5
6
7
8
9
10
11
12

FILED

13 MAY 23 PM 2:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

  ＿＿＿＿ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 81CR-0319 |
|---|---|
| Plaintiff, | (Ancillary to 80CR-0756-N) |
| v. | **ORDER AND JUDGMENT TO DISMISS INDICTMENT** |
| MARIA CONTRERAS, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled Indictment charging MARIA CONTRERAS with violating Title 18, United States Code Section 3150, returned by the Grand Jury on March 25, 1981, be dismissed without prejudice.

IT IS FURTHER ORDERED that any Warrant for Arrest issued for Defendant regarding this matter is hereby recalled.

IT IS SO ORDERED.

Dated: 5/22/13

_____
HON. BARRY TED MOSKOWITZ
United States District Court
HON. WILLIAM Q. HAYES

STJ:5/21/13